**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| GESTION PROCHE, INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 4:16-cv-00407-ALM |
| DIALIGHT CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Pursuant to the joint motion for dismissal of plaintiff Gestion Proche, Inc. ("Gestion") and defendant Dialight Corporation ("Dialight"), and pursuant to Fed. R. Civ. P. 41(a), it is hereby ORDERED:

1. All claims of Gestion against Dialight are hereby dismissed with prejudice.

2. All counterclaims of Dialight against Gestion are hereby dismissed without prejudice.

3. Gestion and Dialight shall each bear their own costs and attorneys' fees.

4. All relief not previously granted is hereby denied.

5. The Clerk is instructed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 29th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE